IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RUBEN GONZALES ARECHAVELETA, | § | |
| Defendant-Petitioner, | § | |
| | § | NO. 3:07-CV-326-N (BF) |
| v. | § | (3:05-CR-018-N) (BF) |
| | § | ECF |
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, the Court finds that the findings, conclusions, and recommendation of the United States Magistrate Judge on the § 2255 MOTION OF Ruben Gonzales Arechaveleta are correct and are adopted as the findings and conclusions of the Court. Accordingly, the motion of Ruben Gonzales Arechaveleta pursuant to 28 U.S.C. § 2255 is denied.

SIGNED August 10, 2007.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE